UNITED STATES DISTRICT COURT
FOR THE WESTERM DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM YOUNG,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:15-cv-00941-SS |
| STATE FARM LLOYDS<br>and ARDA BASIBUYUK,<br>    Defendants. | §<br>§<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, William Young, and Defendants, State Farm Lloyds and Arda Basibuyuk, jointly notify the Court that they have reached a settlement and are finalizing the documents to dismiss the case with prejudice as to all parties and causes of action within the next 30 days.

Respectfully submitted,

ALLAN, NAVA, GLANDER & HOLLAND, PLLC
825 W. Bitters Road, Suite 102
San Antonio, Texas 78216
Phone:  (210) 305-4220
Fax:  (210) 305-4219
anava@anglawfirm.com
tglander@anglawfirm.com

By:  */s/ M. Alex Nava*
M. ALEX NAVA
State Bar No. 24046510
TROY A. GLANDER
State Bar No. 00796634

**ATTORNEYS FOR PLAINTIFF**

AND

          DYKEMA COX SMITH
          112 East Pecan Street, Suite 1800
          San Antonio, Texas 78205
          Phone: (214) 871-8200
          Fax: (214) 871-8209
          tsanders@dykema.com
          tplummer@dykema.com

By: */s/ Thomas E. Sanders* (with permission)
   Thomas E. Sanders
   Texas State Bar No. 00794589
   Travis E. Plummer
   Texas State Bar No. 24079146

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that, on December 22, 2015, the foregoing was electronically filed with the Clerk of Court and served on Defendants' counsel of record listed below using the CM/ECF system, which will send notification of such filing to the following:

Thomas E. Sanders
Travis E. Plummer
DYKEMA COX SMITH
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
tsanders@dykema.com
tplummer@dykema.com

        */s/ M. Alex Nava*
        M. ALEX NAVA