UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM YOUNG, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-00941-SS |
| | § | |
| STATE FARM LLOYDS | § | |
| and ARDA BASIBUYUK, | § | |
|     Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

WILLIAM YOUNG, Plaintiff, and STATE FARM LLOYDS and ARDA BASIBUYUK, Pursuant to Federal Rule of Civil Procedure 41, hereby agree and stipulate that this action is dismissed WITH PREJUDICE. The Parties also hereby agree and stipulate that all Parties shall be solely responsible for their own costs and attorney's fees incurred as a result of this action..

This Stipulation is effective as of the filing of this Stipulation of Dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| FEBRUARY 9, 2016 | FEBRUARY 9, 2016 |
| ALLAN, NAVA, GLANDER & HOLLAND, PLLC | DYKEMA COX SMITH |
| 825 W. Bitters Road, Suite 102 | 112 East Pecan St., Suite 1800 |
| San Antonio, Texas 78216 | San Antonio, Texas 78205 |
| Phone: (210) 305-4220 | Telephone: (214) 871-8200 |
| Fax: (210) 305-4219 | Facsimile: (214) 871-8209 |
| anava@anglawfirm.com | tsanders@dykema.com |
| tglander@anglawfirm.com | tplummer@dykema.com |
| | |
| By: /s/ M. Alex Nava | By: /s/ Thomas E. Sanders (with permission) |
|     M. ALEX NAVA |     Thomas E. Sanders |
|     State Bar No. 24046510 |     State Bar No. 00794589 |
|     TROY A. GLANDER |     Travis E. Plummer |
|     State Bar No. 00796634 |     State Bar No. 24079146 |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

      I certify that on February 9, 2016, I filed the foregoing electronically, using the Court's CM-ECF system, which will automatically send a copy of this filing to all persons who are registered to receive court filings in this action.

                                          */s/ Alex Nava*
                                          M. Alex Nava