UNITED STATES DISTRICT COURT
FOR THE WESTERM DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 FEB 10  PM 3:59

| | | |
|---|---|---|
| WILLIAM YOUNG,<br>　　　Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS<br>and ARDA BASIBUYUK,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:15-cv-00941-SS |

### ORDER OF DISMISSAL

On this day the Court considered William Young, Plaintiff's, Stipulation of Dismissal with prejudice.

Accordingly, it is **ORDERED** that all claims by William Young against State Farm Lloyds and Arda Basibuyuk in the above-styled and numbered cause are hereby dismissed with prejudice.

Furthermore, it is **ORDERED** that State Farm Lloyds and Arda Basibuyuk are hereby dismissed from the above-styled and numbered cause.

The parties shall bear their own costs and legal fees.

This Order disposes of all parties and all claims and is therefore final.

SIGNED AND ENTERED this  10th  day of February 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAM SPARKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3